William Howard Rutland, III, #09030325 )
aka William H. Rutland, III, )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　 )　　Civil Action No. 8:09-1753-SB
v. )
　　　　　　　　　　　　　　　　　　　　 )
Sheriff Wayne Dewitt, Berkeley County; )
Captain Barry Currie, B.C.S.O.; Lieutenant )　　**ORDER**
Butch Rivers, B.C.S.O.; First Sargent Carol )
Habersham, B.C.S.O., )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　Defendants. )

This matter is before the Court upon the *pro se* Plaintiff's complaint, which the Plaintiff filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On July 21, 2009, United States Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the complaint without prejudice and without issuance and service of process for failure to state a claim. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a *de novo* or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a *de novo*

review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process for failure to state a claim.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

August 11, 2009
Charleston, South Carolina

